# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

| | | |
|---|---|---|
| Case No. | EDCR 99-00025-RT | Date: July 21, 2009 |

Present: The Honorable ROBERT J. TIMLIN, United States District Judge

Interpreter

| Patricia Gomez | | |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present Cust. Bond | Attorneys for Defendants: | Present App. Ret. |
|---|---|---|---|
| Jorge Serratos Cobian | | | |

**Proceedings:** **ORDER REGARDING DEFENDANT COBIAN'S EX PARTE APPLICATION FOR ORDER PERMITTING [DEFENDANT] TO BE REMOVED FROM THE LOCATION MONITORING PROGRAM**

The court has read and considered Defendant Jorge Serratos Cobian's Ex Parte Application For an Order Permitting [Him] To Be Removed from the Location Monitoring System ("Application") which was received on July 17, 2009. The court construed the Application to be a request for modification of a condition of Defendant's supervised release.

It is ordered under 18 U.S.C. § 3553 and Federal Rules of Criminal Procedure, Rule 32.1(c) that a hearing on the application be set for July 30, 2009 at 9:00 a.m.

It is further ordered that the Clerk send a copy of the Application to the United States Attorney's Office.

Initials of Deputy Clerk PG

cc: USPO